# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159513

OMEGA REHAB SERVICES, LLC,
        Plaintiff-Appellee,
and

ADVANCED SURGERY CENTER, LLC,
        Intervening Plaintiff

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
        Defendant-Appellant.
_____/

SC: 159513
COA: 342067
Oakland CC: 16-014980-NF

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2019



Clerk